## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

EUGENE BENJAMIN AND LATISHA
BENJAMIN, H/W

            v.

CHRISTOPHER P. HENDERSON, M.D.
AND SCRANTON ORTHOPAEDIC
SPECIALISTS, P.C.

PETITION OF: EUGENE BENJAMIN

:  No. 514 MAL 2021
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.